To: Mr. Lacy ... 'g                    From: A Helping Hand                    10-... ...

# FINANCIAL STATEMENT

## NET WORTH

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 5,500.00 | Notes payable to banks-secured | None |
| U.S. Government securities | None | Notes payable to banks-unsecured | None |
| Listed securities | None | Notes payable to relatives | None |
| Unlisted securities | None | Notes payable to others | None |
| Accounts and notes receivable | None | Accounts and bills due | 500.00 |
| Due from relatives and friends | None | Unpaid income tax | None |
| Due from others | None | Other unpaid tax and interest | None |
| Doubtful | None | Real estate mortgages payable (Note)' | 25,000.00 |
| Real estate owned (Schedule Attached)* | 420,000.00 | Chattel mortgages and other liens payable | None |
| Real estate mortgages receivable | None | Other debts-itemize: Credit Cards Auto loans | 3,500.00 25,000.00 |
| Autos and other personal property | 95,000.00 | | |
| Cash value-life insurance | 38,500.00 | | |
| Other assets-itemize: Deferred income from State | 30,000.00 | | |
| | | | |
| Total Assets | 589,000.00 | Total Liabilities | 54,000.00 |
| CONTINGENT LIABILITIES | | | |
| As endorser, comaker or guarantor' | 3,600.00 | Net Worth | 535,000.00 |
| On leases or contracts | None | Total liabilities and net worth | 589,000.00 |
| Legal Claims | None | GENERAL INFORMATION | |
| Provision for Federal Income Tax | None | Are any assets pledged? | No |
| Other special debt | None | Are you defendant in any suits or legal actions? | No |
| | | Have you ever taken bankruptcy? | No |

## *SCHEDULE - ASSETS

### Real Estate Owned

Home and 20 Acres, Webster, NC            150,000.00
House and 45 Acres, Glenville, NC         123,000.00

---

[1] Jackson County Savings Bank, 49 W. Main Street, Sylva, NC, 28779, Phone: (704) 586-2451.

[2] Endorsed daughters note so that she could finance her car purchase.

| AO-10 Nov. 1983 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1984, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thornburg, Lacy H. | U.S. District Court Western District of North Carolina | 01/12/95 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge - Active | X Nomination, Date 01/11/95 ___ Initial ___ Annual ___ Final | 01/01/94 to 01/11/95 |

| 7. Chambers or Office Address 1850 M Street NW, Suite 250 Washington, DC 20036 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| | |
|---|---|
| Emergency Superior Court Judge | State of North Carolina, 01/93 through 08/08/94 |
| Consultant, National Indian Gaming Commission | 08/08/94 through 10/04/94 |
| Associate Commissioner, National Indian Gaming Commission, | 10/04/94 to present |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

| | |
|---|---|
| | Deferred Judicial Income, managed by Great West Life and Annuity Insurance Company, P.O. Box 1700-D659, Denver, Colorado 80201. Three more equal annual payments of $11,947.64 due each February. Two previous payments of $11,947.64 made February 1993 and 1994. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| | | |
|---|---|---|
| Tax year 1993 | Non-Judicial wages, State of North Carolina | $ 4,910.00 |
| | Emergency Judicial Wages, State of North Carolina | $ 6,450.00 |
| | State Judicial and Employee Retirement, State of NC | $ 37,201.62 |
| | State tax refund | $ 268.00 |
| | Interest from Life Insurance policies, First Union Bank, and Employee Credit Unions, Sylva, North Carolina | $ 1,488.00 |

**Page 1A  Addendum to page 1**

Name of person
 reporting:    Lacy H. Thornburg    Date of Report:   01/12/95

**ITEM III, NON-INVESTMENT INCOME CONTINUED:**

Tax year 1994    Emergency Judicial Wages,
                 State of North Carolina                    7,200.00

                 American Arbitration Association
                 Resolute Systems Arbitration and Court
                 ordered Arbitration Hearing               3,100.00

                 State Employee and Judicial Retirement   37,201.62

                 Interest from Life Insurance Policies,
                 First Union Bank and Employee Credit
                 Union, Sylva, North Carolina              1;600.00

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Lacy H. Thornburg | Date of Report<br>01/12/95 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 Exempt | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| 1 Exempt | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of report |
|---|---|---|
| | Lacy H. Thornburg | 01/12/95 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(Y)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Frame House, Webster NC (S) | C | Rent | K | Q | | | | | |
| 2 CD, State Employee Credit Union, Sylva, NC | | | | | Sale | 4/94 | J | C | |
| 3 Isuzu Common Stock | | | | | Sale | 4/94 | J | C | |
| 4 Paul Revere Var. Annuity 18 Chestnut, Worcester MA(S) | A | Def. Income | J | U | | | | | |
| 5 CD State Employee Credit Union, Sylva, NC (S) | A | Def. Income | J | U | | | | | |
| 6 CD First Union Bank Sylva, NC | A | Def. Income | J | U | | | | | |
| 7 Frame cottage Webster, NC (S) | A | Rent | K | Q | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lacy H. Thornburg | 01/12/95 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

NOne

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _1-12-95_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

½ Interest 44 Acres, Tuckasegee, NC               42,000.00
½ Interest Family Farm, Huntersville, NC          75,000.00
House and Lot (W), Webster, NC                     30,000.00
Total                                            $420,000.00